IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HECTOR MANUEL DIAZ, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-90 |
| WARDEN, FCI BEAUMONT LOW | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Hector Manuel Diaz, Jr., an inmate confined at the FCI Beaumont Low, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying Petitioner's Motion for Default Judgment (doc. # 9).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.

**SIGNED this 14th day of July, 2022.**

Michael J. Truncale
United States District Judge

---

[1] Plaintiff received a copy of the Report and Recommendation on no later than June 6, 2022 (doc. # 11).