IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HECTOR MANUEL DIAZ, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-90 |
| WARDEN, FCI BEAUMONT LOW | § | |

### ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Hector Manuel Diaz, Jr., an inmate confined at FCI Beaumont Low, proceeding *pro se*, brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying the petition (doc. # 13).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED this 12th day of March, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge

---

[1]A copy of the Report and Recommendation was returned as undeliverable, with the notation "RTS no longer at this address" (doc. # 14).